People v Comfort (2025 NY Slip Op 07239)





People v Comfort


2025 NY Slip Op 07239


Decided on December 23, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on December 23, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Dec. 23, 2025.) 


MOTION NOS. (76/09 and 81/09) KA 03-02311 and KA 05-00820.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vJAMES E. COMFORT, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.









